```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION

SONY BMG MUSIC ENTERTAINMENT,  )
et al.,                        )
                               )
                               )
          Plaintiffs,          )
                               )
     vs.                       )    No. 4:06-CV-1151 (CEJ)
                               )
JEREMIAH SANDERS,              )
                               )
                               )
          Defendant.           )
```

**ORDER**

**IT IS HEREBY ORDERED** that, pursuant to Rule 41(a)(1)(i), Fed.R.Civ.P., and plaintiff's notice of dismissal, this case is dismissed **with prejudice.** The parties shall bear their own costs and fees.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 28th day of December, 2006.